IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : INFORMATION FILED |
| | : UNDER SECTION 851 OF |
| v. | : TITLE 21, U.S.C., RELATING |
| | : TO INDICTMENT 10-046-2 FILED |
| CURTIS BROWN | : January 26, 2010 |
| | : |

## INFORMATION CHARGING PRIOR OFFENSES

Michael L. Levy, United States Attorney for the Eastern District of Pennsylvania, hereby accuses this defendant, who was charged on January 26, 2010, in the Eastern District of Pennsylvania, with Possession with intent to distribute a controlled substance, and aiding and abetting in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2, of having previously been convicted as described below:

1. On or about July 22, 2003, in the Court of Common Pleas of Philadelphia County, Pennsylvania, defendant Curtis Brown, was sentenced to 11 months and 15 days to 23 months imprisonment following his conviction for a felony controlled substance violation on Common Pleas Docket No. CP-51-CR-0307901-2003, arising from a December 24, 2002 arrest by the Philadelphia Police Department for violation of 35 Pa.C.S.A. § 780-113, a felony under the laws of the Commonwealth of Pennsylvania; and

2. On or about April 5, 2004, in the Court of Common Pleas of Philadelphia County, Pennsylvania, defendant Curtis

Brown, was sentenced to 11 months and 15 days to 23 months imprisonment following his conviction for a felony controlled substance violation on Common Pleas Docket No. CP-51-CR-0202731-2004, arising from a January 25, 2004 arrest by the Philadelphia Police Department for violation of 35 Pa.C.S.A. § 780-113, a felony under the laws of the Commonwealth of Pennsylvania.

MICHAEL L. LEVY
United States Attorney

*/s/ Francis C. Barbieri Jr.*
for PETER F. SCHENCK
Chief, Criminal Division
Assistant United States Attorney

Filed: February 4, 2010

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Information under 21 U.S.C. § 851 was sent, by facsimile and/or first class, postage prepaid mail, to:

> W. Christopher Montoya
> Freedman and Lorry, P.C.
> 1601 Market Street, 2nd Floor
> Philadelphia, PA 19103

ALICIA M. FREIND
Assistant United States Attorney

Dated: February 4, 2010